**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| STEPHEN BAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-08-332-F |
| | ) | |
| CORRECTIONS CORPORATION | ) | |
| OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On October 27, 2008, United States Magistrate Judge Bana Roberts issued a Report and Recommendation, wherein she recommended that defendants' motion to dismiss be granted with prejudice as to all claims with the exception of plaintiff's access to court claim which should be dismissed as premature and without prejudice. Magistrate Judge Roberts also recommended that plaintiff's motion to join and serve additional defendants in connection with these same claims be denied as moot.

Presently before the court is plaintiff's objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. Having done so, the court concurs with the analysis and recommendation of Magistrate Judge Roberts. The court finds plaintiff's objection to be without merit. The court therefore accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bana Roberts on October 27, 2008 (doc. no. 56) is **ACCEPTED, ADOPTED** and **AFFIRMED**. Defendants' Motion to Dismiss, filed July 16, 2008

(doc. no. 54), is **GRANTED** to the extent that plaintiff's access to court claim against defendants is dismissed as premature and without prejudice and plaintiff's remaining claims against defendants are dismissed with prejudice.  Plaintiff's Motion for Joinder of Claims, filed May 12, 2008 (doc. no. 51), is **DENIED as MOOT**.

      DATED December 5, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0332p002(pub).wpd